Walter T. CURRIE, Petitioner

v.

WORKERS' COMPENSATION AP-
PEAL BOARD (WHEATLAND
TUBE CO.), Respondents.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of October, 2008, the Application for Leave to Amend and the Petition for Allowance of Appeal are hereby **DENIED.**

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Carl NORTHRIP, Respondent.

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by the Commonwealth, is:

Whether the Pennsylvania Superior Court erred by determining that Respondent's conviction for Arson in the Third Degree, as defined in N.Y. Penal Law § 150.10, was not an equivalent offense to Arson as defined in the Pennsylvania Crimes Code at 18 Pa.C.S.A. § 3301(a), and thus, not a crime of violence as defined by 42 Pa.C.S.A. § 9714(g)?